ELIZABETH RAPPOLD, as Administratrix, etc., of CHRISTOPHER RAPPOLD, Deceased, Respondent, v. EMPIRE MILK TRUCKING COMPANY, INC., Appellant.—

Motion for reargument denied. Stay granted November 30, 1936, by Bliss, J., is dissolved as of January 12, 1937. Application of Harold B. Slingerland for permission to withdraw his appearance as the representative of the defendant in this action granted. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.